October 19, 2022 1:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB / 10-19

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GARRETT MJ TALIF SOREZU inmate # 107933

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.) aka MELVIN FRAZIER JR inmate # 107933

**1:22-cv-977**

Robert J. Jonker
U.S. District Judge

v.

Buckingham Palace
Prince William of England or KING
Prince ~~Harry~~ Harry of England
Queen of England Kate
The White House (Joe Biden)

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

### I. Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑  No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   Eastern District court, Port Huron, Mi - Western District Court Grand Rapids, Mi

2. Is the action still pending?   Yes ☑  No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

   _____

3. Did you appeal the decision?   Yes ☐  No ☑

4. Is the appeal still pending?   Yes ☐  No ☑

   a. If not pending, what was the decision on appeal? _____

   _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑  No ☐

   a. If so, explain: Tort issues, Privacy Act, Death Threat Spy Technology

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Garrett MJ Talif Sorezo    inmate # 107933__

Place of Present Confinement __Isabella County Jail__

Address __207 N Court St Mt. Pleasant, mi 48858__

Place of Confinement During Events Described in Complaint__Isabella County Jail__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 __Buckingham Palace__

Position or Title __Palace for Queen of England__

Place of Employment __UK Gevernment__

Address __London SW 1A1AA UK__

Official and/or personal capacity? __Official__

Name of Defendant #2 __Prince William of England__

Position or Title __King of England__

Place of Employment __Buckingham Palace__

Address __London SW 1A1AA UK__

Official and/or personal capacity? __Official__

Name of Defendant #3 __Prince Harry__

Position or Title __Prince of England__

Place of Employment __Buckingham Palace__

Address __London SW 1A1AA UK__

Official and/or personal capacity? __Official__

Name of Defendant #4 __Queen of England Kate__

Position or Title __Queen of England__

Place of Employment __Buckingham Palace__

Address __London SW 1A1AA UK__

Official and/or personal capacity? __Official__

Name of Defendant #5 __Joe Biden__

Position or Title __President of the UJ__

Place of Employment __THE White House__

Address __1500 Pennsylvania Ave Nw Washington, DC 20500__

Official and/or personal capacity? __Official__

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

**III. Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I am GARRETT MJ TALIF SOREZO inmate # 107933 BD 6/5/82 AKA MELVIN FRAZIER JR. BORN IN Portsmouth NAVAL Hospital, Portsmouth, VIRGINIA I AM A PRESIDENT Relative AND RELATED to the FOUNDERS' OF AMERICA. I Am DIAGNOSED with PARANOIA Schizophrenic because OF A FRActured skull. I WAS treated AT Virginia BeacH General IN VIRGINIA BeAcH, VIRGINIA. BAck IN 2002 I Am Competent AND HAve NO mENTAl HEALTH CONDITION. SINCE MID AUGUST 2022, I HAve BEEN IN Isabella County JAil. My ComplAint iS my DEFENDANTS @ Buckingham Palace; Prince William, Prince HARRY AND Queen OF england KATE I cAN Describe the FActs the DEFENDANT Know me BECAUSE I BEEN to Buckingham PalAce iN 1988 AND tHey speak to my Family AND PARENTS OVER the phone AND I complain AND Ask to state a claim because the DEFENDANTS DO violAte my Rights AND so close to TREASON - USING spy TechNology to CAUSE me TORT iSSUES OR US satellites moniter me INVADES my Privacy. ViolateS the Privacy Act AND some scrt oF malipulATIon; towards me WITH DEATH THREATS. I Feel I Am TAKEING A. Toll AND SUFFERAGE. THE location to AREAS this JAil AND the state OF michigan AND ACRoss America. I rest my case For NOW. (Also A slave TRADE oF me AND my crown (Bernard Ferrell) It a law NAMED something else.

(W.D. Mich. Form – Last Revised: September 2021)

*(left margin note)* my DNA Proofs that I Am RELATED TO THE FOUNDERS OF AMERICA

+ my DNA could prove I am a president relative
Also related to the Founders of America

**IV. Relief**

STOP there slave TRADE From my cousin AND me C Bernard Ferrell
State briefly and precisely what you want the court to do for you. I Am Related to the Founder
OF America.

SINCE this has been going on AND uncontrolhble I asked to be Put on AS A Family member OP THE white House I am Related to George Washington, Zachary TAYlor AND James MADUON All FRom VIRGINIA. I should be placed on the File OP THE white Haus. I should Be AWARDED AND PAID A PAY loAD cause ito A Breach OF writ Every Family member Paid AND I SHould NoT BE Killed, GRANTED. I AM A CANADATE

**V. Notice to Plaintiff Regarding Consent** FOR VICE PresiDENT OF the U.S. I should BE PlAced in the Poll For ElectioN, oR

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are Governor hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct Governor any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal I caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule Am prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate Gov judges are experienced trial judges who handle a great number of prisoner civil rights cases. er

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation. Propaly

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

10/5/22
**Date**

Geoff 9) Talor
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

GARRELL MU TALIF SCRELO Number #5 107933
ISABELLA county Jaul
201 N COURT St
MT. PLEASANT , MI 48858



GRAND RAPIDS MI 493
17 OCT 2022 PM 1 L
USA ★ FOREVER ★

U.S Disterct Court Clerk
399 FEDERAL Bulding
110 michigan st , NW
GRAND RAPIDS MI 49503
49503-236399